Case 2:24-cv-00275   Document 26   Filed on 08/25/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
August 25, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| STEVEN DAVID RANGEL § | |
| § | |
| Plaintiff § | |
| VS. § | CIVIL ACTION NO. 2:24-CV-00275 |
| § | |
| UNITED STATES OF AMERICA § | |

**ORDER ADOPTING MEMORANDUM AND RECOMMENDATION
TO GRANT IN PART PLAINTIFF'S CONSTRUED
MOTION TO SET ASIDE FORFEITURE**

On July 23, 2025, United States Magistrate Judge Julie K. Hampton issued her "Memorandum and Recommendation to Grant-In-Part Plaintiff's Construed Motion to Set Aside Forfeiture" (D.E. 23). The parties were provided proper notice of, and opportunity to object to, the Magistrate Judge's memorandum and recommendation. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); General Order No. 2002-13. No objections have been timely filed.

When no timely objection to a magistrate judge's memorandum and recommendation is filed, the district court need only satisfy itself that there is no clear error on the face of the record and accept the magistrate judge's memorandum and recommendation. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996)).

Having reviewed the findings of fact and conclusions of law set forth in the Magistrate Judge's memorandum and recommendation (D.E. 23), and all other relevant documents in the record, and finding no clear error, the Court **ADOPTS** as its own the

findings and conclusions of the Magistrate Judge. Accordingly, Rangel's construed Title 18 U.S.C. § 983(e) motion (*see* D.E. 1, 9, 17, 22) to set aside the forfeiture of (1) a 2010 Jaguar Sedan; (2) a 2009 Jaguar Sedan; (3) $5,719 in U.S. currency ; (4) eight cellphones; (5) a 22" gold chain with a 3" round pendant; (6) a 30" gold braided chain with a cross pendant; and (7) a set of silver earrings is **GRANTED**.[1] The Government's motion for summary judgment (D.E. 17) regarding the Versace wristwatch is unopposed and is **GRANTED**.

    **ORDERED** on August 25, 2025.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE

---

[1] The Magistrate Judge's memorandum and recommendation impliedly recommends that the Court **DENY IN PART** the motion to the extent that its description of the forfeited property disagrees with the description noted by the Government—a result to which Plaintiff agrees. The Court concurs and it is so **ORDERED**.